FILED IN CHAMBERS
U.S.D.C. - Atlanta
SEP 21 2012
By: James N. Hatten, Clerk
AMCauller
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL ACTION FILE NO. |
| | : 1:12-CR-078-ODE-RGV |
| NEMIAS CINTORA-GONZALEZ | : |
| JORGE ARMANDO-REYES | : |

ORDER

This criminal action is before the Court on the Final Report and Recommendation of United States Magistrate Judge Russell G. Vineyard filed August 10, 2012 [Doc. 132]. No objections have been filed by either Defendant.

In the Report and Recommendation, the Magistrate Judge recommends that Defendants' Motions to Suppress [Docs. 91, 98, 99 & 111] be denied.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendants' Motions to Suppress [Docs. 91, 98, 99 & 111] are DENIED.

SO ORDERED, this 21 day of September, 2012.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE